```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

DAMIEN SHARELL HOWARD, #176300,  :

    Plaintiff,                       :

vs.                                  :   CIVIL ACTION 16-553-WS-M

BERT W. RICE, *et al.*,              :

    Defendants.                      :


## JUDGMENT

In accordance with the Order entered this date, it is ORDERED that this action be and is hereby DISMISSED without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 23rd day of February, 2017.

                              s/ WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE